

Jason Leopold <jasonleopold@gmail.com>

---

## Request for records under the Freedom of Information Act

**Jason Leopold** <jasonleopold@gmail.com>  Mon, Jan 11, 2021 at 2:18 PM
Reply-To: jasonleopold@gmail.com
To: antitrust.foia@usdoj.gov, foiamail@atf.gov, Civil.routing.FOIA@usdoj.gov, "FOIArequests, CRT (CRT)" <CRT.FOIArequests@usdoj.gov>, CRS.FOIA@usdoj.gov, CRM FOIA <crm.foia@usdoj.gov>, "DEA.FOIA" <DEA.FOIA@usdoj.gov>, FOIARouting.ENRD@usdoj.gov, EOIR.FOIARequests@usdoj.gov, ocdetf.foia@usdoj.gov, USTP FOIA Requests <USTP.FOIA.Requests@usdoj.gov>, OGC Electronic Freedom of Information <ogc_efoia@bop.gov>, info.fcsc@usdoj.gov, Interpol-USNCB FOIA <Interpol-USNCB.FOIA@usdoj.gov>, "JMDFoia (JMD)" <JMDFOIA@usdoj.gov>, "NSDFOIA (NSD)" <nsdfoia@usdoj.gov>, COPS FOIA <COPS.FOIA@usdoj.gov>, USPC.FOIA@usdoj.gov, "USMS FOIA (USMS)" <usms.foia@usdoj.gov>, "FOIAPA, TaxDiv (TAX)" <TaxDiv.FOIAPA@usdoj.gov>, "FOIA, PRAO" <PRAO.FOIA@usdoj.gov>, "OVW.FOIA" <OVW.FOIA@usdoj.gov>, OSGFOIA@usdoj.gov, oigfoia <oigfoia@usdoj.gov>, "US Pardon Attorney(imailagent)" <PardonAttorneyFOIA@usdoj.gov>, OPR.FOIA@usdoj.gov, "USDOJ-Office of Legal Counsel (SMO)" <usdoj-officeoflegalcounsel@usdoj.gov>, Office of the General Counsel <FOIAOJP@usdoj.gov>, MRUFOIA Requests <MRUFOIA.Requests@usdoj.gov>


Antitrust Division
Chief, FOIA/PA Unit
Antitrust Division
Department of Justice
Liberty Square Building
Suite 1000, 450 5th Street, N.W.
Washington, DC 20530-0001

Bureau of Alcohol, Tobacco, Firearms and Explosives
Bureau of Alcohol, Tobacco, Firearms, and Explosives
Department of Justice
Room 4.E-301
99 New York Avenue, N.E.
Washington, DC 20226

Civil Division
FOIA, Records, and E-Discovery Office
Civil Division
Department of Justice
Room 8020
1100 L Street, NW
Washington, DC 20530-0001

Civil Rights Division
FOIA/PA Branch
Civil Rights Division
Department of Justice
BICN Bldg., Room 3234
950 Pennsylvania Avenue, NW
Washington, DC 20530

Community Relations Service
FOIA/PA Coordinator
Community Relations Service
Department of Justice
Suite 6000, 600 E Street, N.W.
Washington, DC 20530-0001

Criminal Division
Acting Chief, FOIA/PA Unit
Criminal Division

Exhibit 1

Department of Justice
Suite 1127, Keeney Building
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Drug Enforcement Administration
Freedom of Information/Privacy Act Unit
FOI/Records Management Section
Drug Enforcement Administration
8701 Morrissette Drive
Springfield, Virginia  22152

Environment and Natural Resources Division
FOIA Coordinator
Law and Policy Section
Environment and Natural Resources Division
P.O. Box 7415, Ben Franklin Station
Washington, DC 20044-7415

Executive Office for Immigration Review
Senior Associate General Counsel
Office of the General Counsel
Executive Office for Immigration Review
Department of Justice
Suite 1903, 5107 Leesburg Pike
Falls Church, VA 22041

Executive Office for Organized Crime Drug Enforcement Task Forces
OCDETF Executive Office
601 D Street, NW
Suite 9218
Washington, DC 20530
Arlington, VA 22202

Executive Office for U.S. Attorneys
FOIA/Privacy Unit
Executive Office for United States Attorneys
Department of Justice
Room 7300, 600 E Street, N.W.
Washington, DC 20530-0001

Executive Office for U.S. Trustees
Office of the General Counsel
Executive Office for United States Trustees
Department of Justice
441 G Street, NW, Suite 6150
Washington, DC 20530

Federal Bureau of Investigation
David M. Hardy, Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Department of Justice
170 Marcel Drive

Federal Bureau of Prisons
FOIA/Privacy Act Requests
Federal Bureau of Prisons
Department of Justice
Room 924, HOLC Building
320 First Street, N.W.
Washington, DC 20534

Foreign Claims Settlement Commission of the U.S.

Chief Administrative Counsel
Foreign Claims Settlement Commission
Department of Justice
Room 6002, 600 E Street, N.W.
Washington, DC 20579-0001

INTERPOL (U.S. National Central Bureau)
Government Information Specialist
Office of General Counsel
INTERPOL-United States National Central Bureau
Department of Justice
Washington, DC 20530

Justice Management Division
Justice Management Division
Department of Justice
Room 1111 RFK, 950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

National Security Division
Arnetta Mallory
FOIA Initiatives Coordinator
National Security Division
Department of Justice
Room 6150, 950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Office of Community Oriented Policing Services
FOIA Officer
Legal Division
Office of Community Oriented Policing Services
Department of Justice
Two Constitution Square
145 N Street. N.E., #11E 129
Washington, DC 20530-0001

Office of Information Policy
Chief, Initial Request Staff
Office of Information Policy
Department of Justice
Suite 11050
1425 New York Avenue, N.W.
Washington, DC 20530-0001

Office of Justice Programs
Government Information Specialist
Office of Justice Programs
Department of Justice
Room 5400, 810 7th Street, N.W.
Washington, DC 20531

Office of Legal Counsel
Lead Paralegal and FOIA Specialist
Department of Justice
Room 5511, 950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Office of Legal Policy
Chief, Initial Request Staff
Office of Information Policy
Department of Justice
Suite 11050
1425 New York Avenue, N.W.
Washington, DC 20530-0001

Office of Legislative Affairs
Chief, Initial Request Staff
Office of Information Policy
Department of Justice
Suite 11050
1425 New York Avenue, N.W.
Washington, DC 20530-0001

Office of Professional Responsibility
Department of Justice
950 Pennsylvania Avenue, N.W.
Suite 3529
Washington, D.C. 20530

Office of Public Affairs
Chief, Initial Request Staff
Office of Information Policy
Department of Justice
Suite 11050
1425 New York Avenue, N.W.
Washington, DC 20530-0001

Office of the Associate Attorney General
Chief, Initial Request Staff
Office of Information Policy
Department of Justice
Suite 11050
1425 New York Avenue, N.W.
Washington, DC 20530-0001

Office of the Attorney General
Chief, Initial Request Staff
Office of Information Policy
Department of Justice
Suite 11050
1425 New York Avenue, N.W.
Washington, DC 20530-0001

Office of the Deputy Attorney General
Chief, Initial Request Staff
Office of Information Policy
Department of Justice
Suite 11050
1425 New York Avenue, N.W.
Washington, DC 20530-0001

Office of the Inspector General
Government Information Specialist
Office of the Inspector General
Department of Justice
Room 4726
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Office of the Pardon Attorney
Department of Justice
145 N Street NE
#5E. 508
Washington, DC 20530

Office of the Solicitor Generaly
FOIA Officer and Executive Officer
Office of the Solicitor General
Department of Justice
950 Pennsylvania Avenue, N.W., Room 6627

Washington, DC 20530-0001

Office of Tribal Justice
Assistant Director
FOIA/Privacy Unit
Executive Office for United States Attorneys
Department of Justice
Room 7300, 600 E Street, N.W.
Washington, DC 20530-0001

Office on Violence Against Women
Attorney Advisor
145 N Street NE
Suite 10W.121
Washington, D.C. 20530

Professional Responsibility Advisory Office
Attorney Advisor
Professional Responsibility Advisory Office
Department of Justice
Suite 12000, 1425 New York Avenue, N.W
Washington, D.C. 20530

Tax Division
Division Counsel for FOIA and PA Matters
Tax Division
Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044

U.S. Attorneys
FOIA/Privacy Unit
Executive Office for United States Attorneys
Department of Justice
Room 7300, 600 E Street, N.W.
Washington, DC 20530-0001

U.S. Marshals Service

Associate General Counsel
U.S. Marshals Service
Office of General Counsel
CG-3 R1594
Washington, DC 20530-0001

U.S. Parole Commission
FOIA/PA Specialist
United States Parole Commission
Department of Justice
90 K Street NE
3rd Floor
Washington, DC  20530

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records. This request seeks expedited processing.

REQUESTER INFORMATION
Name: Jason Leopold
Position: Investigative Reporter
Address: 1669 Benedict Canyon Dr., Beverly Hills, CA 90210
Email: jasonleopold@gmail.com

I request disclosure of the following records from the Department of Justice components this request is addressed to:

1. All records, such as emails, text messages, memos, letters, directives, intelligence bulletins and intelligence assessments, threat assessments, situation report, mentioning or referring to the protests in Washington, DC on January 6, 2021 by supporters of President Donald Trump referred to as SAVE AMERICA RALLY and STOP THE STEAL and MARCH FOR TRUMP and First Amendment demonstrations and OPERATION FIRST AMENDMENT. Please be sure this search includes any correspondence sent and received by fusion centers, data centers and joint terrorism task forces; FBI, the White House, Office of the President and Vice President and the Executive Office of the President; Washington, DC Mayor's Office and Metropolitan Police Department; Department of Interior; Department of Defense and National Guard Bureau in DC; any individual Senator and Congressman/Congresswoman and any House and Senate committee; the US Capitol Police. The timeframe for this part of my request is December 1, 2020 through the date the search for responsive records is located.

2. All records, such as emails, text messages, memos, letters, reports, after action reports, intelligence assessments and bulletins, intelligence memoranda, social media postings, mentioning or referring to the January 6, 2021 speech by President Donald Trump at the Washington, DC protest and the subsequent insurrection and siege and STORM THE CAPITOL, that took place at the Capitol building in Washington, DC on that date. The timeframe for this part of my request is January 6, 2021 through the date the search for responsive records is conducted.

3. Photographs of these January 6, 2021 protests and the siege/insurrection that took place at the Capitol building.

4. All records mentioning or referring to tweets by Donald Trump that contain the words PROTESTS, RALLY, RALLIES ELECTION FRAUD, FRAUD, JANUARY SIXTH.

5. The call logs and briefing books for the directors of each Department of Justice component this request is addressed. Please limit this search to January 6, 2021.

EXPEDITED PROCESSING
I ask that my request be given expedited processing because there is an urgency to inform the public about an actual or alleged federal government activity, and I am a person primarily engaged in disseminating information.

As senior investigative reporter at BuzzFeed News, I am a full-time member of the news media. I therefore quality as a person primarily engaged in disseminating information.

An unprecedented crisis is brewing as is the peaceful transfer of power in this country. The president of the United States incited a mob to attack the US capitol building during a protest in Washington, DC on January 6, 2021 where he falsely claimed the 2020 election was stolen from him. At least six people are dead. The president has been parroting conspiracy theories, will likely be impeached a second time and now faces the very real possibility of being removed from office. At the same time, this grave breach of the Capitol raises questions about why law enforcement was not prepared, what it knew and when it knew it and the records I seek will provide insight into these matters.

It is crucial that my request be granted expedited treatment and records produced to me on an expedited basis so that I may inform the public about these matters that threatens the safety of lawmakers and the public. There are reports that armed militias are planning violence in the days leading up to the inauguration of President-elect Joe Biden. The public has also not received briefings from any federal official about the protests and the siege at the Capitol since January 6, 2021.

These records are not being requested for commercial purposes. I intend to use these records to write news stories and inform the public about actual government activity, concerning the novel coronavirus global pandemic.

BuzzFeed News is a global news organization with more than 100 journalists stationed in North America, South America, Europe, Asia and the Pacific. BuzzFeed News has been recognized as a representative of the news media for fee assessment purposes by every federal agency that has received our FOIA requests. Thank you for your consideration of this request.

I certify the foregoing to be true and correct to the best of my knowledge
and belief.
_/s/_____JL_____
Jason Leopold

The very purpose of the FOIA is to lessen the public's dependency on
official government statements and open the underlying documents to public
scrutiny. This is clearly an instance in which expedited processing of a
FOIA request is warranted.

Reasonably Foreseeable Harm.  The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

NPS should not fail to comply with this mandatory part of the FOIA as recently amended by Congress. The Agency is required to identify what reasonably foreseeable harm would flow from release of the information withheld, nor did it consider a partial disclosure of the information, taking reasonable steps to segregate and release nonexempt information.

INSTRUCTIONS REGARDING SEARCH (for purposes of this search DHS components" refers to the components within DHS that have been identified as having responsive records)

1.   Instructions Regarding "Leads":
As required by the relevant case law, the DHS components should follow any leads it discovers during the conduct of its searches and perform additional searches when said leads indicate that records may be located in another system. Failure to follow clear leads is a violation of FOIA.

2.   Request for Public Records:
Please search for any records even if they are already publicly available.

3.   Request for Electronic and Paper/Manual Searches:
I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted.

4.   Request for Search of Filing Systems, Indices, and Locations:
I request that the DHS components search all of its offices and components, which are likely to contain responsive records.

5.   Request regarding Photographs and other Visual Materials:
I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the DHS components maintain a photograph digitally, I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph, I request disclosure of that photograph as a color image, not a black and white image. Please contact me for any clarification on this point.

6.   Request for Duplicate Pages:
I request disclosure of any and all supposedly "duplicate" pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper context. Therefore, I request disclosure of all "duplicate" pages.

7.   Request to Search Emails:
Please search for emails relating to the subject matter of my request.

8.   Request for Search of Records Transferred to Other Agencies:
I request that in conducting its search, the DHS components disclose releasable records even if they are available publicly through other sources outside the DHS components, such as NARA.

9.   Regarding Destroyed Records
If any records responsive or potentially responsive to my request have been destroyed, my request includes, but is not limited to, any and all records relating or referring to the destruction of those records. This includes, but is not limited to, any and all records relating or referring to the events leading to the destruction of those records.

INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS
Please interpret the scope of this request broadly. The DHS components are instructed to interpret the scope of this

request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records sought.

FORMAT

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I am the senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.



Jason Leopold <jasonleopold@gmail.com>

## DOJ-EOIR FOIA Request # 2021-13049

eoir.foiarequests@usdoj.gov <eoir.foiarequests@usdoj.gov>  Wed, Jan 20, 2021 at 7:41 AM
To: jasonleopold@gmail.com

Dear Mr. Leopold:

The Executive Office for Immigration Review (EOIR) has received your request for expedited treatment of your Freedom of Information Act (FOIA) request.

The FOIA regulations states that expedited treatment is granted if there is an exceptional need such as jeopardy to life or personal safety, a threatened loss of substantial due process rights, or an urgency to inform the public concerning actual or alleged Federal Government activities. See 28 C.F.R. § 16.5(e).

Upon review of your request, it has been determined that you did not meet the threshold. Therefore, your request for expedited treatment has been denied.

If you need any further assistance or would like to discuss any aspect of your request, please contact the EOIR FOIA Service Center or FOIA Public Liaison at (703) 605-1297 or EOIR.FOIArequests@usdoj.gov. Alternatively, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

If you are not satisfied with the EOIR's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website https://www.justice.gov/oip/submit-and-track-request-or-appeal.Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Shelley M. O'Hara
Attorney Advisor (FOIA)

Exhibit 2



# U.S. Department of Justice

Professional Responsibility Advisory Office

---

Washington, D.C. 20530

February 9, 2021

Jason Leopold
Investigative Reporter
1669 Benedict Canyon Dr.
Beverly Hills, CA 90210
jasonleopold@gmail.com

      RE:    Freedom of Information Act (FOIA) Request PRAO-FOIA-21-001

Mr. Leopold:

      I write on behalf of the Professional Responsibility Advisory Office (PRAO) to respond to your Freedom of Information Act request dated and received in this office on January 11, 2021.  You request:

1. All records, such as emails, text messages, memos, letters, directives, intelligence bulletins and intelligence assessments, threat assessments, situation report, mentioning or referring to the protests in Washington, DC  on January 6, 2021 by supporters of President Donald Trump referred to as SAVE AMERICA RALLY and STOP THE STEAL and MARCH FOR TRUMP and First Amendment demonstrations and OPERATION FIRST AMENDMENT. Please be sure this search includes any correspondence sent and received by fusion centers, data centers and joint terrorism task forces; FBI, the White House, Office of the President and Vice President and the Executive Office of the President; Washington, DC Mayor's Office and Metropolitan Police Department; Department of Interior; Department of Defense and National Guard Bureau in DC; any individual Senator and Congressman/Congresswoman and any House and Senate committee; the US Capitol Police. The timeframe for this part of my request is December 1, 2020 through the date the search for responsive records is located.

2. All records, such as emails, text messages, memos, letters, reports, after action reports, intelligence assessments and bulletins, intelligence memoranda, social media postings, mentioning or referring to the January 6, 2021 speech by President Donald Trump at the Washington, DC protest and the subsequent insurrection and siege and STORM THE CAPITOL, that took place at the Capitol building in Washington, DC on that date. The timeframe for this part of my request is January 6, 2021 through the date the search for responsive records is conducted.

Exhibit 3

3. Photographs of these January 6, 2021 protests and the siege/insurrection that took place at the Capitol building.

4. All records mentioning or referring to tweets by Donald Trump that contain the words PROTESTS, RALLY, RALLIES ELECTION FRAUD, FRAUD, JANUARY SIXTH.

5. The call logs and briefing books for the directors of each Department of Justice component this request is addressed. Please limit this search to January 6, 2021.

Please be advised that PRAO conducted a search of its records and located two records of communication responsive to your request. However, these records, are withheld in full pursuant to Exemption 5 of the FOIA as intra-agency communications protected by the deliberative process, attorney work product and attorney-client privileges. 5 U.S.C. § 552(b)(5).

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

If you are not satisfied with PRAO's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account on the following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Cordially,

Quadira Zeleke
FOIA Liaison
Professional Responsibility Advisory Office



**U.S. Department of Justice**
Executive Office for Immigration Review
*Office of the General Counsel*

*5107 Leesburg Pike, Suite 2150*
*Falls Church, Virginia 22041*

February 17, 2021

*Via Email at jasonleopold@gmail.com*
Jason Leopold
BuzzFeed News
6824 Lexington Ave
Los Angeles, CA 90038

    Re:    FOIA 2021-13049

Dear Mr. Leopold:

This letter is in response to your Freedom of Information Act (FOIA) request to the Executive Office for Immigration Review (EOIR) dated January 11, 2021 in which you seek:

1. All records, such as emails, text messages, memos, letters, directives, intelligence bulletins and intelligence assessments, threat assessments, situation report, mentioning or referring to the protests in Washington, DC on January 6, 2021 by supporters of President Donald Trump referred to as SAVE AMERICA RALLY and STOP THE STEAL and MARCH FOR TRUMP and First Amendment demonstrations and OPERATION FIRST AMENDMENT […] includ[ing] any correspondence sent and received by fusion centers, data centers and joint terrorism task forces; FBI, the White House, Office of the President and Vice President and the Executive Office of the President; Washington, DC Mayor's Office and Metropolitan Police Department; Department of Interior; Department of Defense and National Guard Bureau in DC; any individual Senator and Congressman/Congresswoman and any House and Senate committee; the US Capitol Police […from] December 1, 2020 through the date the search for responsive records is located.

2. All records, such as emails, text messages, memos, letters, reports, after action reports, intelligence assessments and bulletins, intelligence memoranda, social media postings, mentioning or referring to the January 6, 2021 speech by President Donald Trump at the Washington, DC protest and the subsequent insurrection and siege and STORM THE CAPITOL, that took place at the Capitol building in Washington, DC on that date […from] January 6, 2021 through the date the search for responsive records is conducted.

3. Photographs of these January 6, 2021 protests and the siege/insurrection that took place at the Capitol building.

Exhibit 4

Letter to Jason Leopold                                                                                                       Page 2
Subject: FOIA 2021-13049

   4. All records mentioning or referring to tweets by Donald Trump that contain the words PROTESTS, RALLY, RALLIES ELECTION FRAUD, FRAUD, JANUARY SIXTH.

   5. The call logs and briefing books for the directors of each Department of Justice component this request is addressed […] limit[ing] th[e] search to January 6, 2021.

With respect to paragraphs 1 and 2 of your request, a search was conducted and records that may be responsive to your request were located.

You are partial access to the records. Some records have been withheld in their entirety in accordance with FOIA Exemption 5, 5 U.S.C. § 552(b)(5), which concerns certain inter- and intra-agency communications protected by the deliberative process privilege.

Additionally, the majority of the records originated from different agencies or DOJ components. Those records have been forwarded to the Department of Justice, Office of Information Policy (OIP), and/or other agencies or components for a release determination and direct response to you.

With respect to paragraphs 3 through 5 of your request, a search was conducted; however, no records were located.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2006 & Supp. IV 2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist. *See* http://www.justice.gov/oip/foiapost/2012foiapost9.html.

You may contact the EOIR FOIA Public Liaison at (703) 605-1297 or EOIR.FOIArequests@usdoj.gov for any further assistance and to discuss any aspect of your request. Alternatively, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

If you are not satisfied with the Executive Office for Immigration Review's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by

Letter to Jason Leopold  Page 3
Subject: FOIA 2021-13049

creating an account following the instructions on OIP's website https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

SHELLEY O'HARA
Digitally signed by SHELLEY O'HARA
Date: 2021.02.17 12:25:43 -05'00'

Shelley M. O'Hara
Attorney Advisor (FOIA)

Status: Submitted

My Account   Sign Out   Help

**HOME**   **TRACKING INBOX**

Tracking Inbox   »   Appeal



# A-2021-01112

**Requester:** Leopold, Jason

## Appeal

### Appeal Information

| | | | |
|---|---|---|---|
| Received Date | 02/19/2021 | Agency | OIP |
| | | Document Delivery Method | Email |

### Request Information

| | |
|---|---|
| Request Number | PRAO-FOIA-21-001 |
| Component | PRAO |

### Basis for Appeal

| | |
|---|---|
| Description of Appeal | In a letter dated February 9, 2021, PRAO responded to my FOIA request by stating it located two records and withheld them under b5. I appeal this decision in its entirety. Additionally, I appeal the integrity of the search to locate responsive records. I believe the exemptions applied are improper and attempts were not made to release segregable material. |
| Based on Denial of Fee Waiver | No |
| Based on Denial of Expedited Processing | No |
| Requester Item Type 1 | |
| Requester Items 1 | |
| Requester Item Type 2 | |
| Requester Items 2 | |
| Requester Item Type 3 | |
| Requester Items 3 | |

### Requester Contact Information

| | | | |
|---|---|---|---|
| Salutation | Mr. | Address Type | Home |
| First Name | Jason | Country | United States |
| Middle Name | | Address Line 1 | 1669 bened |
| Last Name | Leopold | Address Line 2 | |
| Email Address | jasonleopold@gmail.com | City | beverly hills |
| Organization | BuzzFeed News | State | California |
| Register Number | | Zip/Postal Code | 90210 |
| Phone Number | 2132704334 | | |
| Fax Number | | | |
| Other Information | | | |

### Expedited Processing Information

| | |
|---|---|
| Expedited Processing Requested? | Yes |
| Expedited Processing Request Date | |
| Expedited Processing Determination | |

Exhibit 5

actual or alleged Federal Government activity, if made by a person who is primarily engaged in disseminating information.
4. A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence.



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

February 22, 2021

jasonleopold@gmail.com

Dear Jason Leopold:

    This is to advise you that the Office of Information Policy (OIP) of the U.S. Department of Justice received your administrative appeal from the action of the PRAO regarding Request No. PRAO-FOIA-21-001 on 02/19/2021.

    In an attempt to afford each appellant equal and impartial treatment, OIP has adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number A-2021-01112 . Please refer to this number in any future communication with OIP regarding this matter. Please note that if you provided an email address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

    We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at (202) 514-3642. If you have submitted your appeal through FOIA STAR, you may also check the status of your appeal by logging into your account.

Sincerely,

*Priscilla Jones*

Priscilla Jones
Supervisory Administrative Specialist

Exhibit 6



**U.S. Department of Justice**

Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

February 22, 2021

jasonleopold@gmail.com

Dear Jason Leopold:

    This is to advise you that the Office of Information Policy (OIP) of the U.S. Department of Justice received your administrative appeal from the action of the EOIR regarding Request No. 2021-13049 on 02/20/2021.

    In an attempt to afford each appellant equal and impartial treatment, OIP has adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number A-2021-01113 . Please refer to this number in any future communication with OIP regarding this matter. Please note that if you provided an email address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

    We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at (202) 514-3642. If you have submitted your appeal through FOIA STAR, you may also check the status of your appeal by logging into your account.

Sincerely,

*Priscilla Jones*

Priscilla Jones
Supervisory Administrative Specialist

Exhibit 7