# Exhibit A

**U.S. Department of Homeland Security**
Washington, DC 20528



March 19, 2021

Jason Leopold – sent via email
Senior Investigative Reporter
BuzzFeed News

Dear Mr. Leopold,

Thank you for giving the keynote address during the 2021 Sunshine Week Freedom of Information Act (FOIA) Training Summit. I appreciate your taking time to share your insights with our attendees and to celebrate Sunshine Week.

For the last few years, the Department of Homeland Security (DHS) and the Department of the Treasury (Treasury) have co-hosted the Sunshine Week FOIA Training Summit, which is designed to provide attendees with practical FOIA training and spread best practices across the government. This was our first year hosting the event in a virtual environment, and we were excited to see almost 400 FOIA professionals join our virtual meeting room.

I deeply appreciated your remarks, and I know our dedicated FOIA processors were happy to hear you acknowledge the hard work they do to fulfill FOIA requests. I also appreciate your sharing your process with our attendees and explaining how you use the records you receive to tell extremely important stories about our government. Transparency and open government are core American values that are critical to public trust in our government and, as you reflected in your remarks, FOIA is also a tool for establishing public trust in media. We hope that you will continue to work with us to advance an understanding of FOIA's importance.

Thank you, again, for helping us to improve our FOIA professional's understanding of why you use FOIA and how you use the records that are released. We hope you will consider future invitations to help us celebrate Sunshine Week.

Sincerely,

James V.M.L. Holzer
Acting Chief Privacy Officer
Acting Chief FOIA Officer