UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 21-cv-00942-TNM |
| v. | ) |
| | ) |
| U.S DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |

**SECOND DECLARATION OF MATTHEW TOPIC**

1.  My name is Matthew Topic.

2.  I am a partner at Loevy & Loevy, lead counsel in this case, and familiar with the work undertaken litigating it.

3.  Brady Tilghman works for our firm on a contract basis as an attorney. He is in his fifth year practicing law. He has worked on several FOIA cases in the last approximately six months.

4.  Mr. Tilghman spent 29.2 hours drafting our reply to EOIR's 29-page opposition brief. In an exercise of billing discretion, we are seeking only 15 of those hours. Using Fitzpatrick rates of $521.00 per hour results in total fees for Mr. Tilghman of $7,815.00. A copy of Mr. Tilghman's contemporaneous time entries are attached hereto.

5.  I spent 4.5 hours on October 2, 2022, editing and drafting our reply brief, and .9 hours on October 3, 2022, making further edits and drafting this declaration. Using Fitzpatrick rates of $656.00 per hour results in total fees for me of $3,542.40.

6.  I have litigated federal FOIA cases on a regular basis since 2017. In preparing our fee petition, we were cognizant of the amount of fees at issue and endeavored to minimize the time spent on our petition to the bare minimum necessary. I do not believe that we could

- 2 -

have prepared a fee petition or responded to EOIR's 29-page opposition through work product suitable for a federal court in any less time than we have sought.  This is because D.C. Circuit case law requires us to address eligibility plus four entitlement factors, which is a time-consuming process.

      7.      Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Matthew Topic

Digitally signed by Matthew Topic
Date: 2022.10.03 11:42:52 -05'00'

Matthew Topic

| Date | Reference | Description | Time | Status |
|---|---|---|---|---|
| 2022-09-29 | 00043-BuzzFeed Inc. | Draft section of Plaintiffs' reply in support of Plaintiffs' petition for fees arguing that the time and costs in Plaintiffs' request for fees are reasonable. | 7.00 | Open |
| 2022-09-28 | 00043-BuzzFeed Inc. | Draft section of Plaintiffs' reply in support of Plaintiffs' petition for fees arguing that Plaintiffs are entitled to fees. | 6.90 | Open |
| 2022-09-27 | 00043-BuzzFeed Inc. | Draft section of Plaintiffs' reply in support of Plaintiffs' petition for fees arguing that Plaintiffs are entitled to fees. | 1.60 | Open |
| 2022-09-26 | 00043-BuzzFeed Inc. | Draft e-mail to Matt Topic regarding drafting supplemental declaration in support of fees and costs incurred while drafting Plaintiffs' reply in support of Plaintiffs' petition for fees. | 0.10 | Open |
| 2022-09-26 | 00043-BuzzFeed Inc. | Draft section of Plaintiffs' reply in support of Plaintiffs' petition for fees arguing that Plaintiffs are entitled to fees. | 0.70 | Open |
| 2022-09-25 | 00043-BuzzFeed Inc. | Draft section of Plaintiffs' reply in support of Plaintiffs' petition for fees arguing that Plaintiffs are entitled to fees. | 0.60 | Open |
| 2022-09-25 | 00043-BuzzFeed Inc. | Draft section of Plaintiffs' reply in support of Plaintiffs' petition for fees arguing that Plaintiffs are eligible for fees. | 1.90 | Open |
| 2022-09-25 | 00043-BuzzFeed Inc. | Draft section of Plaintiffs' reply in support of Plaintiffs' petition for fees arguing that the time and costs in Plaintiffs' request for fees are reasonable. | 0.50 | Open |
| 2022-09-25 | 00043-BuzzFeed Inc. | In preparation for drafting Plaintiffs' reply in support of Plaintiffs' petition for fees, research authority/caselaw cited by Defendant in support of Defendant's argument that the time and costs in Plaintiffs' request for fees are reasonable. | 1.80 | Open |
| 2022-09-25 | 00043-BuzzFeed Inc. | In preparation for drafting Plaintiffs' reply in support of Plaintiffs' petition for fees, research authority/caselaw cited by Defendant in support of Defendant's argument that Plaintiffs' are not entitled to fees. | 1.00 | Open |
| 2022-09-24 | 00043-BuzzFeed Inc. | Draft section of Plaintiffs' reply in support of Plaintiffs' petition for fees arguing that Plaintiffs' are entitled to fees. | 1.30 | Open |
| 2022-09-24 | 00043-BuzzFeed Inc. | Draft section of Plaintiffs' reply in support of Plaintiffs' petition for fees arguing that Plaintiffs' are eligible for fees. | 1.10 | Open |
| 2022-09-24 | 00043-BuzzFeed Inc. | In preparation for drafting Plaintiffs' reply in support of Plaintiffs' petition for fees, research authority/caselaw cited by Defendant in support of Defendant's argument that Plaintiffs' are not entitled to fees. | 2.00 | Open |
| 2022-09-24 | 00043-BuzzFeed Inc. | In preparation for drafting Plaintiffs' reply in support of Plaintiffs' petition for fees, research authority/caselaw cited by Defendant in support of Defendant's argument that Plaintiffs' are not eligible for fees. | 1.80 | Open |
| 2022-09-24 | 00043-BuzzFeed Inc. | In preparation for drafting Plaintiffs' reply in support of Plaintiffs' petition for fees, outline arguments in Defendant's opposition to Plaintiffs' petition for fees. | 0.90 | Open |
| | | | 29.20 | |